IN RE: R.S., a Minor Child

Petition of: R.M., Sr., Father

No. 454 WAL 2017

Supreme Court of Pennsylvania.

January 5, 2018

## ORDER

PER CURIAM

**AND NOW,** this 5th day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**

IN the INTEREST OF: K.R.L., JR., a Minor

Petition of: J.T.P., Mother

No. 558 EAL 2017

Supreme Court of Pennsylvania.

January 5, 2018

## ORDER

PER CURIAM

**AND NOW,** this 5th day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Johnathan COLE, Petitioner**

No. 408 EAL 2017

Supreme Court of Pennsylvania.

January 8, 2018

## ORDER

PER CURIAM

**AND NOW,** this 8th day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**